FILED
JAMES BONINI
CLERK

2012 JUN -5 PM 3:31

U.S. DISTRICT COURT
SOUTHERN DIST OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA     :

        v.                       :

RACHEL E. LANHAM             :

NO. 2:12 cr 126
29 U.S.C. §501(c)

JUDGE GRAHAM

INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

1. At all times hereinafter mentioned and within the meaning of Sections 3(i) and 3(j) of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §402(i) and §402(j), hereinafter referred to as the Act:

(a) Machinists District Lodge 34, is a labor organization representing employees in an industry affecting interstate commerce.

(b) At all times relevant herein, the defendant, RACHEL E. LANHAM, was the Office Secretary, and as such was employed directly or indirectly by Machinists District Lodge 34.

From on or about March 1, 2007 through on or about October 30, 2008, in the Southern District of Ohio and elsewhere, defendant RACHEL E. LANHAM, while an officer, that is, Secretary, Machinists District Lodge 34, a labor organization in

an industry affecting commerce, did willfully and knowingly embezzle and convert to her own use the moneys and funds of said labor organization in the approximate amount of $104,876.00.

In violation of 29 U.S.C. §501(c).

CARTER M. STEWART
UNITED STATES ATTORNEY

GARY L. SPARTIS
COLUMBUS BRANCH CHIEF